*Meyers* for petitioners.

No. 68.  GLO COMPANY *v.* MURCHISON ET AL.  C. A. 5th Cir.  Certiorari denied.  *William C. Wines* for petitioner.  *Luther M. Bickett* for Murchison et al.; and *James C. Denton, Jr.* and *M. D. Kirk* for Barnsdall Oil Co. et al., respondents.

No. 73.  SWEET *v.* UNITED STATES;
No. 74.  CHOMIAK *v.* UNITED STATES; and
No. 75.  CHARNOWOLA *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  *George W. Crockett, Jr.* for petitioners.  *Ernest Goodman* was with him in No. 73. Solicitor General *Sobeloff*, Assistant Attorney General *Olney*, *Beatrice Rosenberg* and *Robert G. Maysack* for the United States.  Reported below: 211 F. 2d 118.

No. 77.  EXCEL PACKING Co., INC. *v.* UNITED STATES. C. A. 10th Cir.  Certiorari denied.  *Emmet A. Blaes* for petitioner.  Solicitor General *Sobeloff*, Assistant Attorney General *Burger*, *Samuel D. Slade* and *Herman S. Greitzer* for the United States.

No. 78.  McCARTHY ET AL. *v.* CITY OF MANHATTAN BEACH.  Supreme Court of California.  Certiorari denied.  *T. B. Cosgrove, John N. Cramer* and *Leonard A. Diether* for petitioners.  *Robert H. Dunlap, John W. Holmes* and *Emrus J. Ross* for respondent.

No. 79.  LAS VEGAS MERCHANT PLUMBERS ASSOCIATION ET AL. *v.* UNITED STATES; and
No. 84.  ALSUP *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.  *Alexander H. Schullman* for peti-